# United States District Court

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

ARMANDO DE LEON, ROMERO DE
LEON, and BENIGNO GOMEZ,
    Plaintiffs,

V.

MARIO TREVINO,
    Defendant.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: **B-94-284**

United States District Court
Southern District of Texas
FILED

NOV - 4 1994

Michael N. Milby, Clerk

**TO:** (Name and Address of Defendant)

Mario Trevino
Rt. 1, Box 755
San Benito, Texas  78586

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

Rodolfo D. Sanchez
TEXAS RURAL LEGAL AID, INC.
259 South Texas Boulevard
Weslaco, Texas  78596

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk
**CLERK**

_10-18-94_
**DATE**

_[signature]_
**BY DEPUTY CLERK**

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 10/31/94 |
| NAME OF SERVER (PRINT) MARTIN QUIJAS | TITLE Civil Process Specialist |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: RT 1 BOX 755 SAN BENITO, TX 78586

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: IRMA TREVINO (WIFE)

☐ Returned unexecuted: _____

☐ Other (specify): WIFE IRMA TREVINO WIFE OF DEFENDANT STATE SHE WOULD GIVE SUMMONS TO HER HUSBAN MARIO TREVINO. ASK HER TO HAVE MRS MARIO TREVINO ALSO CALL THE OFF.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 65.00 | TOTAL 65.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/31/94
Date

Signature of Server

213 N. IOWA WESLACO, TX 78596
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.