United States District Court
Southern District of Texas
FILED

DEC 2 1994

Michael N. Milby,

December 1, 1994

United States District Court, Brownsville Division

C.A. No. B-94-284

Defendant's Answer to Complaint

I, Mario Trevino, of RR 1 Box 755, San Benito, Cameron, County, Texas, hereby answer to the Plaintiff's Original Complaint. The cause of Action 29 U.S.C. Sections 201 et. seq. Fair Labor Standard Act and 29 U.S.C. Sections 1801 et. seq. Agricultural Worker Protection Act brought against me.

Your Honor I plea NOT GUILTY to these charges. I am filing a PRO SAY, for I am financially not capable of hiring a lawyer.

In May, 1994 the Plaintiffs were employed by me to harvest Okra. The individuals claim I lied and misled them about terms and conditions of employment. I very clearly told them I would pay minimum wage and when the Okra was plentiful I would have to hire them under contract to pay per pound. The individuals refused to give me information I needed to record for payroll, such as social security claiming they wanted cash not check, for they were receiving unemployment checks and they didn't want their pay to affect their economic help. I told them I would pay them partial payment in check and the rest on Saturday as soon as they paid me for the Okra and they were furious and said they were going to suit me for not paying. Your Honor at no time did I refuse to pay these individuals or did I mislead them, I told thier Lawyer, to tell them to come and that I would pay them for the Hours they had worked, but they refused because they wanted to get paid more hours than they had worked. These individuals worked while I was paying minimum wage and were going to get paid for thier work, I don't see why they claim I hurt them economically when they left me with the Okra just starting to give me back what I was going to pay them. Your Honor I plea Not Guilty to charges brought against me and ask that you hear me in person, that is all I can do for right now since I am under Chapter 13, and can hire no one.

RESPECTFULLY YOURS,

MARIO TREVINO

*[signature]*

P.S. I came to court to see you before this date, I was told to hire a lawyer. Nov 23rd