United States District Court
Southern District of Texas
FILED

DEC 1 4 1994

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
P. O. DRAWER 31
500 E. 10TH ST., SUITE 234
BROWNSVILLE, TEXAS 78522

December 14, 1994

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

PHONE (210) 548-2570

Mr. Rodolfo D. Sanchez
Texas Rural Aid, Inc.
259 S. Texas Blvd.
Weslaco, TX  78596

Mr. Mario Trevino
Rt. 1, Box 755
San Benito, TX  78586

      Re:  C.A. No. B-94-284
           Armando De Leon, Romero De Leon,
           and Benigno Gomez vs. Mario Trevino

Counselors:

    Please take notice that this case has been assigned by U. S. District Judge Filemon B. Vela to the undersigned U. S. Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and General Order No. 80-5 of the United States District Court for the Southern District of Texas.

    Counsels' attention is directed to the provision of 28 U.S.C. § 636(c)(1) which provide that the undersigned may, with the consent of all parties, conduct all further proceedings including trial and judgment.  A form on which counsel can indicate consent is enclosed.

    If **ALL** parties consent please sign the consent form and return it to the clerk's office.

    YOU ARE FREE TO WITHHOLD CONSENT WITHOUT ADVERSE SUBSTANTIVE CONSEQUENCES.

    An initial pretrial conference is set for **January 19, 1995 at 2:00 P.M.** before the Honorable John Wm. Black in Brownsville, Texas (conference may be held telephonically if requested and all parties are in agreement and Court is notified in advance) at which time dates will be set for:

1.  Discovery deadline;

2.  Conduct of the case including additional pretrial conferences, and hearings on motions;

3.  Filing a Joint Pretrial Order which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas;

4.  A final pretrial and settlement conference; and

5.  A trial on the merits.

THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADINGS. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED WILL RESULT IN DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION.

WHEN PREPARING AND FILING MOTIONS, Counsel shall comply fully with Rule 6 of the Local Rules of the United States District Court for the Southern District of Texas. In particular, the District Clerk has been advised that no opposed motion will be filed unless it:

> "contain[s] an averment that [t]he movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion." Rule 6(A)(4)(b).

Very truly yours,

John Wm. Black
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARMANDO DE LEON, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-94-284 |
| § | |
| MARIO TREVINO § | |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

    Under 28 U.S.C. § 636(c), the parties to this civil matter waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment.

| Signature | Date |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

    Appeal shall be to the United States Court of Appeals for the Fifth Circuit under 28 U.S.C. § 636(c)(3).

(Note:    **File this with the Clerk only if it has been signed by all parties.**)

---

### ORDER OF REFERENCE

    It is ORDERED that this matter is assigned to United States Magistrate Judge John Wm. Black, to conduct all further proceedings, including final judgment.

| | |
|---|---|
| _____ | _____ |
| Date | Filemon B. Vela |
| | United States District Judge |