United States District Court
Southern District of Texas
FILED

JAN 19 1995

Michael N. Milby, Clerk

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. **B-94-284**   DATE & TIME: **01-19-95 AT 2:00 P.M.**

ARMANDO DE LEON, ET AL.   PLAINTIFF(S) COUNSEL   RODOLFO D. SANCHEZ

VS.

MARIO TREVINO   DEFENDANT(S) COUNSEL   MARIO TREVINO, PRO SE

------------------------------------------------------------

    Defendant Mario Trevino did not appear. Plaintiffs' attorney was instructed to file a Motion for Entry of Judgment.