UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
NOV 22 1996
Michael N. Milby, Clerk
By Deputy:

United States District Court
Southern District of Texas
FILED
NOV 21 1996
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARMANDO DE LEON, ET AL. | § |
| | § |
| VS. | § C. A. No. B-94-284 |
| | § |
| MARIO TREVINO | § |

## ORDER

The Clerk of the Court has been advised that Defendant in the above captioned lawsuit is a debtor in a Chapter 13 Reorganization Bankruptcy currently pending in the United States Bankruptcy Court for the Southern District of Texas - Brownsville Division. Accordingly, the captioned case is stayed indefinitely and shall be administratively (statistically) closed. The parties are granted leave to move to reinstated the case on the Court's active docket at such time in the future as the parties deem appropriate.

A copy of this Order shall be attached as an exhibit to any motion to reinstate.

Done this 21st day of November, 1996.

_____
FILEMON B. VELA
UNITED STATES DISTRICT JUDGE