10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARMANDO DE LEON, ROMERO | § | |
| DE LEON, and BENIGNO GOMEZ, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | C.A. No. B-94-284 |
| | § | |
| MARIO TREVINO, | § | |
| Defendant. | § | |

ORDER

On this day came on to be heard Plaintiffs' Motion to Reinstate Case on Court's Active Docket and Request to Allow Raymond Gill to Substitute as Attorney in Charge for Plaintiff Benigno Gomez. After considering the Motion, the Court is of the opinion that it should be granted, and it is therefore

**ORDERED** that the above-captioned case is hereby reopened and reinstated onto the Court's active docket.

**IT IS FURTHER ORDERED** that Raymond Gill be and hereby is substituted for Rodolfo D. Sanchez as the attorney of record for Plaintiff Gomez.

Signed this 1ST day of FEBRUARY, ~~1998~~ 2000, in Brownsville, Texas.

UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE