11

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED
FEB 0 2 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARMANDO DE LEON, ROMERO | § | |
| DE LEON, AND BENIGNO GOMEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-94-284 |
| | § | |
| MARIO TREVINO | § | |

TYPE OF CASE:        __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**SCHEDULING CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                                  ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                  DATE AND TIME:

FEBRUARY 29, 2000 AT 1:30 P.M.

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   FEBRUARY 1, 2000

TO:   MR. RODOLFO SANCHEZ
      MR. RAYMOND GILL
      MR. MARIO TREVINO