*Ic*

United States District Court
Southern District of Texas
FILED

FEB 2 9 2000

Michael N. Milby
Clerk of Court

THE HONORABLE, JOHN WM. BLACK, MAGISTRATE JUDGE PRESIDING

SCHEDULING CONFERENCE

CIVIL ACTION NO. <u>B-94-284</u>     DATE & TIME <u>02-29-00 AT 1:30 P.M.</u>

<u>ARMANDO DE LEON, ET AL</u>     PLAINTIFF(S) <u>RODOLFO SANCHEZ</u>
                                COUNSEL        RAYMOND GILL

VS

<u>MARIO TREVINO</u>              DEFENDANT(S) <u>MARIO TREVINO, PRO SE</u>
                                COUNSEL

---

IN CHAMBER MINUTES.  Attorney, Rodolfo Sanchez was present and defendant, Mario Trevino, was present.

Case is reset for forty-five (45) days.