Case 1:94-cv-00284 Document 13 Filed in TXSD on 09/01/2000 Page 1 of 3

13

United States District Court
Southern District of Texas
FILED
SEP 1 2000
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO DE LEON, ROMERO DE LEON, and BENIGNO GOMEZ, Plaintiffs, | § § § § | |
| v. | § | C.A. No. B-94-284 |
| MARIO TREVINO, Defendant. | § § § | |

PLAINTIFFS' MOTION TO SCHEDULE
A STATUS CONFERENCE

COME NOW Plaintiffs Armando De Leon, et al., who move this Court to schedule a status conference. In support of this motion, the Plaintiffs respectfully show as follows:

1. At a scheduling conference held on February 29, 2000, this Court advised the parties to try and resolve this dispute.

2. The parties discussed this matter by phone and verbally agreed to settle this case. The time passed for Defendant Mario Trevino to fulfill the terms of the agreement, and in a letter dated June 15, 2000, Defendant Mario Trevino notified the Plaintiffs that he was not willing to settle this matter on the agreed upon terms.

3. It does not appear that this matter can be settled; therefore, Plaintiffs respectfully request that this Court schedule a status conference so that a scheduling order can be issued.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs Armando De Leon, Romero De Leon, and Benigno Gomez respectfully pray that this Court schedule a status conference.



ClibPDF - www.fastio.com

Respectfully submitted,

Rodolfo D. Sanchez
Attorney in Charge for Plaintiffs
Armando De Leon and Romero De Leon
Texas Bar I.D. No. 17572100
S.D. No. 12600
TEXAS RURAL LEGAL AID, INC.
259 S. Texas Blvd.
Weslaco, TX 78596
Tel.: (956) 968-9574
Fax.: (956) 968-8823

Raymond Gill
Attorney in Charge for Plaintiff Benigno Gomez
Texas Bar I.D. No. 07921450
S.D. No. 15296
SOUTH TEXAS CIVIL RIGHTS PROJECT
P.O. Box 188
Cesar Chavez Rd. & Bus. Hwy. 83
San Juan, Texas 78589
Tel.: (956) 787-8171
Fax.: (956) 787-8730

CERTIFICATE OF SERVICE

I Rodolfo D. Sanchez, hereby certify that on the 1st day of September 2000, a true and correct copy of the foregoing document was forwarded by regular U.S. mail to Defendant Mario Trevino at RR1 Box 755, San Benito, TX 78586.

RODOLFO D. SANCHEZ

CERTIFICATE OF CONFERRAL

I certify that I sent Defendant Mario Trevino a letter advising him that Plaintiffs intended to file the foregoing motion, and asking him to let me know whether or not he opposed the relief sought. Mr. Trevino did not contact me; therefore, I assume that the motion is opposed.

RODOLFO D. SANCHEZ



ClibPDF - www.fastio.com