14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 0 7 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARMANDO DE LEON, ROMERO DE LEON, and BENIGNO GOMEZ, Plaintiffs, | § § § § | |
| v. | § § | C.A. No. B-94-284 |
| MARIO TREVINO, Defendant. | § § § | |

## ORDER

On this day came on to be heard Plaintiffs' Motion to Schedule a Status Conference. After considering the Motion, the Court is of the opinion that it should be granted, and it is therefore

ORDERED that a status conference will be held on the _14TH_ day of _SEPTEMBER_, 2000 at _2:30_ (a.m./p.m.).

Signed this _7TH_ day of _SEPTEMBER_, 2000 in Brownsville, Texas.

_____
UNITED STATES MAGISTRATE JUDGE