United States District Court
Southern District of Texas
FILED

SEP 1 4 2000

Michael N. Milby
Clerk of Court

# THE HONORABLE JOHN WM. BLACK

## STATUS CONFERENCE

CIVIL ACTION NO. B-94-284          DATE & TIME: 09-14-00 AT 2:30 P.M.

ARMANDO DE LEON, ET AL.            PLAINTIFF(S) RODOLFO D. SANCHEZ
                                   COUNSEL       RAYMOND L. GILL

VS.

MARIO TREVINO                      DEFENDANT(S) MARIO TREVINO, PRO SE
                                   COUNSEL

-------------------------------------------------------------------------------

    Status conference was held. Attorney Rodolfo Sanchez appeared for plaintiff, Mario Trevino appeared pro se. CSO was Dan Figueroa, ERO was Gabe Mendieta, court room deputy was Paula Tamayo.

    Court will prepare scheduling order.