16

United States District Court
Southern District of Texas
ENTERED
SEP 18 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO DE LEON, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-94-284 |
| | § | |
| MARIO TREVINO | § | |

## SCHEDULING ORDER

On this day came on to be considered the **scheduling order** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **December 4, 2000.** If additional time is required, a motion requesting such extension must be filed no later than **November 20, 2000.** Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **December 18, 2000.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) A final pretrial and settlement conference is set for **December 18, 2000 at 1:30 P.M.** before Magistrate Judge John Wm. Black.

(5) Final Pretrial is set for **January 4, 2001 at 8:30 A.M.** before Judge Filemon B. Vela. Jury selection is set for **January 5, 2001 at 8:30 A.M.** before Judge Filemon B. Vela.

(6) Trial on the merits is set for **January 2001**, docket call.

DONE at Brownsville, Texas, on this 14th day of September, 2000.

_____
John Wm. Black
United States Magistrate Judge

ClibPDF - www.fastio.com