22

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

## ORDER

DEC 2 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

ARMANDO DE LEON, ROMERO      §
DE LEON, AND BENIGNO GOMEZ   §
                             §
                             §
VS.                          §        CIVIL ACTION NO. B-94-284
                             §
MARIO TREVINO                §


TYPE OF CASE:        __X__ CIVIL                          ____ CRIMINAL


**TAKE NOTICE that all settings in this case are hereby PASSED:**


JOHN WM. BLACK, U.S. MAGISTRATE JUDGE


DATE:    DECEMBER 18, 2000

TO:    MR. RODOLFO SANCHEZ
       MR. RAYMOND GILL
       MR. MARIO TREVINO