24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

APR 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARMANDO DE LEON, ROMERO DE LEON, and BENIGNO GOMEZ, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. B-94-284 |
| VS. | § § | |
| MARIO TREVINO, | § § | |
| Defendant. | § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a *de novo* review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of February 27, 2001 should be **ADOPTED**.

IT IS HEREBY ORDERED

That Plaintiffs' Motion for Summary Judgment (Docket No. 17) be **GRANTED**.

That Armando DeLeon, Romero DeLeon, and Benigno Gomez be awarded unpaid minimum wages and liquidated damages under the FLSA as follows:

| Name | Minimum Wage | Liquidated Damages | Total |
|---|---|---|---|
| Armando DeLeon | $123.25 | $123.25 | $246.50 |
| Romero DeLeon | $123.25 | $123.25 | $246.50 |
| Benigno Gomez | $97.75 | $97.75 | $195.50 |

That Mario Trevino pay $500 for each of the four AWPA violations, for a total of $2,000 in damages, to each of the three plaintiffs.

That plaintiffs be awarded their reasonable costs and reasonable attorneys' fees.

DONE in Brownsville, Texas, on this 30th day of March, 2001.

_____
Filemon B. Vela
United States District Court Judge