25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 0 2 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARMANDO DE LEON, ROMERO DE LEON, BENIGNO GOMEZ | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. B-94-284 |
| VS. | § § | |
| MARIO TREVINO | § § | |
| Defendant. | § | |

## FINAL ORDER OF DISMISSAL

Pursuant to the Court's order granting Plaintiff's Motion for Summary Judgment (Docket No. ____), it is hereby ORDERED, ADJUDGED, and DECREED that Civil Action No. B-94-284 is now closed.

DONE in Brownsville, Texas this 30th day of MARCH, 2001.

_____
Honorable Filemon B. Vela
United States District Judge