26

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 8 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ARMANDO DE LEON, et al., § | |
| Plaintiffs, § | |
| § | |
| vs. § | C.A. No. B-94-284 |
| § | |
| MARIO TREVINO, § | |
| Defendant. § | |

### PLAINTIFF ARMANDO DE LEON AND ROMERO DE LEON'S
### REQUEST FOR REASONABLE ATTORNEYS' FEES

Plaintiffs, Armando De Leon and Romeo De Leon, petition the Court for their reasonable attorneys' fees in connection with this action since October 18, 1994 to the date of this request. In support of this motion, Plaintiffs respectfully show as follows:

1. This lawsuit was filed on October 18, 1994.

2. On April 2, 2001 an Order was entered granting Judgment in favor of Plaintiffs and against Defendant Mario Trevino.

3. Pursuant to the Judgment, Plaintiffs were awarded damages for Defendants violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq., and the Agricultural Worker Protection Act, 29 U.S.C. §§ 1801, et seq. Plaintiffs were also awarded their reasonable costs and reasonable attorneys' fees.

4. As detailed in the attached affidavit, attached as Exhibit A and incorporated by reference, a reasonable attorneys' fees for investigating, researching, bringing, and successfully prosecuting this action is $6,250.00.

Request for Fees
Page 1

Wherefore, Plaintiffs respectfully request this Court to award their reasonable attorneys' fees in the amount of $6,250.00.

Dated: April 18, 2001

Respectfully submitted,

Rodolfo D. Sanchez
Attorney in Charge for Plaintiffs
Armando De Leon and Romero De Leon
Texas Bar I.D. No. 17572100
S.D. No. 12600
TEXAS RURAL LEGAL AID, INC.
300 S. Texas Blvd.
Weslaco, TX 78596
Tel.: (956) 968-9574
Fax.: (956) 968-8823

## CERTIFICATE OF SERVICE

I Rodolfo D. Sanchez, hereby certify that on the 18th day of April 2001, a true and correct copy of the foregoing document was forwarded by regular U.S. mail to Defendant Mario Trevino at RR1 Box 755, San Benito, TX 78586, and to Raymond Gill, counsel for Benigno Gomez, South Texas Civil Rights Project, P.O. Box 188, Cesar Chavez Rd., & Bus. Hwy. 83, San Juan Texas 78589..

RODOLFO D. SANCHEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO DE LEON, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | C.A. No. B-94-284 |
| | § | |
| MARIO TREVINO, | § | |
| Defendant. | § | |

**AFFIDAVIT OF RODOLFO D. SANCHEZ
IN SUPPORT OF PLAINTIFFS' REQUEST
FOR REASONABLE ATTORNEYS' FEES**

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned, RODOLFO D. SANCHEZ, who upon being duly sworn upon oath, deposes and states as follows:

1.   My name is Rodolfo D. Sanchez. I am an adult, competent to testify, and I have personal knowledge of all facts stated herein. The information is true, complete and accurate.

2.   I am the attorney in charge in this case for Plaintiffs Armando De Leon and Romero De Leon. As attorney in charge for these two Plaintiffs I have undertaken many tasks to bring this matter to final judgment, including, but not limited to the following: I met with the Plaintiffs and investigated their claims; I drafted demand letters and FOIA requests; I drafted discovery and motions to compel discovery responses, including, Interrogatories, Request for Production of Documents, Request for Admissions, and a Motion to Compel Interrogatory Answers and Responses to Request for Production of Documents; I drafted pleadings, including Plaintiffs' Original Complaint, a Motion for Summary Judgment with supporting authorities, and Motions to set this matter for hearing; I conducted extensive legal research and factual investigation of this case; I attended various hearings; and I conferred with the Defendant.



EXHIBIT A

3.	I have reasonably and necessarily expended many hours in this case. In the regular course of business, I have contemporaneously maintained records of my hours in this case. My records show that from the time that I became initially involved in this case through the date of this affidavit, I have expended over 120 (one hundred twenty) hours in this case, however, I am only requesting attorneys' fees for 50 hours.

4.	<u>The experience, Reputation and Ability of the Attorney</u>: I graduated from the University of Texas School of Law in December, 1989. I was licensed to practice law in Texas in November, 1990. I am admitted to practice law in the United States District Courts for the Southern and Eastern Districts of Texas.

5.	I have been employed by Texas Rural Legal Aid, Inc., since December 1989. During that time I have developed an expertise in the provision of legal services to the poor, particularly in complex litigation involving farmworker employment rights, civil rights, and social policy.

6.	I am the branch manager of the Texas Rural Legal Aid office located in Weslaco, Texas. This office is part of Texas Rural Legal Aid, Inc.'s Farmworker Division. The Weslaco office of Texas Rural Legal Aid, Inc., represents individuals on issues directly arising from involvement in agricultural employment. This office also represents individuals on non-employment related problems that heavily impact our client community. These non-employment related matters include civil rights, health care, and government programs for the poor.

7.	My experience and background include participation in numerous lawsuits. A small representative sampling of the lawsuits in which I have participated include the following: <u>Ramon Ruiz, et al., v. Garst Seed Co.</u>, C.A. No. M-90-162 (S.D. Tex. - McAllen Division)(lawsuit involving

Further affiant sayeth not.

_____
RODOLFO D. SANCHEZ

SUBSCRIBED AND SWORN TO BEFORE ME this 18th day of April 2001 at Weslaco, Hidalgo County, Texas.

[Notary Seal: EFREM C. BERNAL, Notary Public, STATE OF TEXAS, My Comm Exp. Aug. 1, 2002]

_____
Notary Public for the State of Texas

My commission expires: 8-1-2002

Affidavit of Rodolfo D. Sanchez
4