🖫AO 133    (Rev. 9/89) Bill of Costs

27

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED
APR 1 8 2001
Michael N. Milby
Clerk of Court

Southern    District of    Texas

ARMANDO DELEON, et al.,

V.

MARIO TREVINO

**BILL OF COSTS**

Case Number:  B-94-284

Judgment having been entered in the above entitled action on __April 2, 2001__ against __Defendant Mario Trevino__, the Clerk is requested to tax the following as costs:
Date

| | |
|---|---|
| Fees of the Clerk | $ 120.00 |
| Fees for service of summons and subpoena | 65.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | -0- |
| Fees and disbursements for printing | -0- |
| Fees for witnesses (itemize on reverse side) | -0- |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 27.00 |
| Docket fees under 28 U.S.C. 1923 | -0- |
| Costs as shown on Mandate of Court of Appeals | -0- |
| Compensation of court-appointed experts | -0- |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | -0- |
| Other costs (please itemize) | -0- |
| TOTAL | $ 212.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: _Mario Trevino RR1 Box 755 San Benito TX 78586 and Raymond Gill, South Texas Civil Rights Project, P.O. Box 181, (corner Chavez Rd. + Bus HWY 83, San Juan TX 78589_

Signature of Attorney: _____

Name of Attorney: __Rodolfo D. Sanchez__

For: __Plaintiffs, Armando DeLeon and Romero DeLeon__    Date: __4/18/2001__
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

**Michael N. Milby**    By: _____    4-18-01
Clerk of Court           Deputy Clerk           Date

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
  "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
  "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
  "Entry of the judgment shall not be delayed for the taxing of costs."

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO DE LEON, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | C.A. No. B-94-284 |
| | § | |
| MARIO TREVINO, | § | |
| Defendant. | § | |

## ITEMIZATION OF PLAINTIFFS' COSTS

TO THE CLERK OF SAID COURT

Now come Plaintiffs Armando Deleon and Romero Deleon in the above numbered cause of action and hereby provide this itemization of costs to be taxed against Defendant Mario Trevino.

1. Fees of the Clerk

    | Date | Reason for Cost | Amount |
    |---|---|---|
    | 10/18/94 | Filing Fee | $120.00 |

2. Fees for service of summons and subpoena

    | Date | Reason for Cost | Amount |
    |---|---|---|
    | 10/31/94 | Serving Plaintiffs' Original Complaint | $65.00 |

3. Fees for Exemplification and Copies of Papers

    | Date | Reason for Cost | Amount |
    |---|---|---|
    | 6/7/99 | US Bankruptcy Court - SD TX - copies of Defendant's bankruptcy court case information | $3.00 |
    | 6/7/99 | National Archives - Certified copies of Bankruptcy Case materials including Order of Dismissal | $27.00 |
    | | TOTAL | $212.00 |

Respectfully submitted,

_____
Rodolfo D. Sanchez
Attorney in Charge for Plaintiffs
Armando De Leon and Romero De Leon
Texas Bar I.D. No. 17572100
S.D. No. 12600
TEXAS RURAL LEGAL AID, INC.
300 S. Texas Blvd.
Weslaco, TX 78596
Tel.: (956) 968-9574
Fax.: (956) 968-8823

## CERTIFICATE OF SERVICE

I Rodolfo D. Sanchez, hereby certify that on the 17rd day of April 2001, a true and correct copy of the foregoing document was forwarded by regular U.S. mail to Defendant Mario Trevino at RR1 Box 755, San Benito, TX 78586, and to counsel for Benigno Gomez, Raymond Gill, South Texas Civil Rights Project, P.O. Box 188, Cesar Chavez Rd., & Bus. Hwy. 83, San Juan Texas 78589..

_____
RODOLFO D. SANCHEZ