28

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 3 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARMANDO DE LEON, ROMERO DE LEON, and BENIGNO GOMEZ, Plaintiffs, | § § § § | |
| vs. | § § | C.A. No. B-94-284 No. B-94-284 |
| MARIO TREVINO, Defendant. | § § § | |

## ORDER GRANTING PLAINTIFFS' APPLICATION FOR REASONABLE ATTORNEYS' FEES

On this day came on to be considered Plaintiffs' Request for Reasonable Attorneys' Fees. Finding said Motion to be with merit, the Motion is in all things GRANTED, and Plaintiffs' Armando De Leon and Romero De Leon are awarded expenses in the amount of $6,250.00 (Six Thousand two hundred fifty dollars).

ENTERED this the 27th day of April, 2001, in Brownsville, Texas.

_____
JUDGE PRESIDING

Order Granting Reasonable Attorneys' Fees
Page 1