# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: ~~Jesus Marin, et al.~~ Armando De Leon, et al. | COURT CASE NUMBER: ~~H-94~~ B-94-284 (S.D. Tex.) |
| DEFENDANT: Mario Trevino | TYPE OF PROCESS: WRIT OF EXECUTION |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Mario Trevino

**AT** ADDRESS: RR 1 Box 755, San Benito, TX 78756

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Nick Bagley or Rudy Sanchez
Texas Rural Legal Aid
300 S. Texas Blvd.
Weslaco, TX 78596

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

TEL: (956) 399-0527

United States District Court
Southern District of Texas
FILED
JUL 18 2003
Michael N. Milby
Clerk of Court

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (956) 968-9574
DATE: 8/27/2003

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt... | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 79 | 79 | AB | 07/02/03 |

I hereby certify and return that I ☒ have personally served... the process described on the individual, company, corporation, etc., at the address shown above...

Address (complete only if different than shown above):
23895 Eva Ruth Palmer
San Benito, TX. 78586

Date of Service: 7-10-03
Time: 6:22 am

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 14.40 | | 59.40 | 250.00 | | |

REMARKS: 7-10-03, 6:00am - 6:22am, 1DUSM, 40 miles RT.  AB

PRIOR EDITIONS MAY BE USED          1. CLERK OF THE COURT          FORM USM-285 (Rev. 12/15/80)